```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| RALPH PALLADINO,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>AMERICAN FEDERATION OF STATE, COUNTY,<br>AND MUNICIPAL EMPLOYEES, and CARLA<br>INSINGA,<br><br>　　　　　　　　　Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/18/2025<br><br>**24 Cv. 5755 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

　　Plaintiff was directed to file a reply in support of his Motion for Leave to Amend the Complaint no later than July 16, 2025. (See Dkt. No. 29). However, Plaintiff failed to submit a reply by the July 16, 2025, deadline. Plaintiff is now directed to file a reply within five (5) days, otherwise the Court will rule on the existing briefing.

**SO ORDERED.**

Dated:　　18 July 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　_/s/ Victor Marrero_
　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　U.S.D.J.